UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TARA ANN MAPLES,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C18-5503 RSM

**ORDER TO SHOW CAUSE**

Plaintiff was required to file her opening brief on or before September 19, 2018. Dkt. 6. Plaintiff has neither filed her opening brief nor requested an extension of time.

Plaintiff is ordered to show cause by September 28, 2018, why this matter should not be dismissed for lack of prosecution. Failure to show cause may result in dismissal of this action. Plaintiff may respond by filing her opening brief along with an explanation for the delay. If the Court finds the explanation reasonable, the Court will accept the late brief and amend the Scheduling Order to avoid prejudice to the Defendant.

DATED this 24 day of September, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE